IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHNSON W. GREYBUFFALO,

                  Plaintiff,

    v.

EDWARD WALL, KELLI WILLARD WEST,
GARY BOUGHTON, SAMUEL APPUA,

                  Defendants.

ORDER

15-cv-8-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On February 24, 2015, the court granted plaintiff Johnson Greybuffalo leave to proceed on claims under RULIPA and the free exercise clause of the First Amendment against defendants Wall, West, Boughton and Appau. That same day, via electronic notification, this court sent the office of the Attorney General a copy of the February 24 order for acceptance of informal service of process on defendants. On March 2, 2015 the Attorney General's Office advised that it was accepting service on behalf of defendants Wall, West and Boughton. Now plaintiff has filed a motion for entry of default as to these three defendants pursuant to Fed. R. Civ. P. 55(a).

      In support of his motion, plaintiff argues that defendants are in default because they failed to file an answer within 40 days of February 24, 2015, the date the Wisconsin Department of Justice was served on behalf of the defendants Wall, West and Boughton.

1

These defendants had until April 6, 2015 to file their answer. Defendants met that deadline. Therefore, plaintiff's motion for entry of default must be denied.

ORDER

IT IS ORDERED that plaintiff Johnson Greybuffalo's motion for entry of default, dkt. #13, is DENIED.

Entered this 20th day of April, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge