IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHNSON W. GREYBUFFALO,

                                                                ORDER

          Plaintiff,

                                                                15-cv-8-bbc

    v.

JON LITSCHER, KELLI WILLARD WEST,
and GARY BOUGHTON,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        To resolve a conflict in the court's trial schedule, IT IS ORDERED that the final pretrial conference and trial in this case are RESCHEDULED for August 16, 2016. All pretrial court deadlines remain the same. The clerk of court is directed to issue an amended writ of habeas corpus ad testificandum for plaintiff Johnson Greybuffalo.

        Entered this 27th day of June, 2016.

                                          BY THE COURT:

                                          /s/
                                          BARBARA B. CRABB
                                          District Judge