IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNSON W. GREYBUFFALO,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-8-bbc

v.

JON LISTCHER, KELLI R. WILLARD WEST,
GARY BOUGHTON and SAMUEL APPAU,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jon Listcher, Kelli R. Willard West, Gary Boughton and Samuel Appau, granting their motions for summary judgment and dismissing this case.

| /s/ | 2/1/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |